# Court of Appeals
# of the State of Georgia

ATLANTA,    June 17, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0218.  TIMOTHY ROWLAND v. THE STATE.**

On May 12, 2014, the trial court denied Timothy Rowland's motion to suppress and motion in limine.  Although the trial court signed a certificate of immediate review on May 22, 2014, Rowland did not file his application until June 4, 2014.  We lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal is valid only if filed within 10 days of the date that a timely certificate of immediate review is entered in the court below.  See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995).  Because this application was filed 13 days after entry of the certificate of immediate review, it is untimely.[1]  Accordingly, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/17/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The tenth day after the filing of the certificate of immediate review fell on a Sunday.  The application should have been filed on the following day.